**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

,
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
HOUSTON, TX
AUSTIN, TX
PARSIPPANY, NJ
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

WILLIAM S. GYVES
EMAIL: wgyves@kelleydrye.com

July 18, 2017

**VIA ECF**
Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 08101

> Re:   Rapa v. P.C. Richard & Son, LLC
>        2:16-cv-05989-ES-JAD

Your Honor:

We represent defendant P.C. Richard & Son, LLC ("P.C. Richard") in the above-referenced action. With the consent of plaintiff's counsel, we write to advise the Court that the parties today reached an agreement in principle to resolve this matter. As. P.C. Richard's motion to dismiss is pending before the Court, we wanted to bring this development to Your Honor's attention immediately.

Counsel are currently drafting settlement papers. We anticipate filing a stipulation of dismissal in short order.

Respectfully submitted,

/s/ *William S. Gyves*

William S. Gyves

cc:   David DiSabato, Esq. (via ECF)