UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY LISA RAPA, on behalf of herself and the putative class,<br><br>Plaintiff,<br><br>vs.<br><br>P.C. RICHARD & SON LLC,<br><br>Defendant. | Civil Action No. 2:16-cv-05989-ES-JAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel, that the above-captioned action shall be and hereby is dismissed with prejudice.

**DiSABATO & BOUCKENOOGHE LLC**       Dated:  July 20, 2017

By: */s/ David J. DiSabato*
       David J. DiSabato, Esq.

4 Hilltop Road
Mendham, NJ 07945
Tel.: 973.813.2525

*Attorneys for Plaintiff*
*Mary Lisa Rapa*


**KELLEY DRYE & WARREN LLP**       Dated:  July 20, 2017

By: */s/ William S. Gyves*
       William S. Gyves, Esq.

One Jefferson Road
Parsippany, NJ 07054
(973) 503-5900

*Attorneys for Defendant*
*P.C. Richard & Son LLC*